UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**LEVON MKRTCHYAN, #A 246-910-120**                                **PETITIONER**

**VERSUS**                                **CIVIL ACTION NO. 5:25cv56-KS-BWR**

**UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT and
UNITED STATES DEPARTMENT OF
HOMELAND SECURITY**                                **RESPONDENTS**

## ORDER REQUIRING PETITIONER TO RESPOND

BEFORE THE COURT is *pro se* Petitioner Levon Mkrtchyan's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [1]. He is an alien detainee at the Adams County Correctional Center. The Court has considered and liberally construed the pleadings, and more information is needed in order to assess the allegations.

Accordingly, Mkrtchyan shall respond in writing, to the following:

(1) Explain how you have been subjected to unlawful prolonged detention.

(2) How long have you been in immigration detention?

(3) What is the name of the warden at the Adams County Detention Center?

The responses shall be filed with the Court no later than October 9, 2025.

**IT IS THEREFORE ORDERED** that *pro se* Petitioner Levon Mkrtchyan shall file a response consistent with this Order **no later than October 9, 2025**. Failure to timely respond to any order of the Court may result in the dismissal of this case.

**SO ORDERED**, this the 25th day of September, 2025.

                                                     *s/ Bradley W. Rath*
                                                     BRADLEY W. RATH
                                                     UNITED STATES MAGISTRATE JUDGE